IN THE UNITED STATES DISTRCT COURT
FOR THE NORTHERN DISTRCT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO. 4:16-CR-132-A |
| JAKE HARDIN | § § | |

## MOTION TO SEVER CO-DEFENDANTS

NOW COMES JAKE HARDIN ("Defendant") and files this Motion to sever co-defendants and requests that the Court order Defendant be tried separately from the other defendants in this case. Defendant believes that his defense will be prejudiced by the jury hearing evidence directed at the other defendants and the mere presence of those defendants.

Wherefore premises considered, Defendant prays the Court order the case severed for trial.

Respectfully submitted,

_____
Anthony Green
Texas Bar No. 24043702
12959 Jupiter Rd., Suiter 250
Dallas, TX 75238
(214) 341-9026 Tel.
(214) 572-2968 Fax
attorney@anthonygreenlaw.com

Certificate of Service:

On __12-02-2016__, a copy of the foregoing was delivered to the following.

_____
Anthony Green

United States Attorney's Office
AUSA Shawn Smith
801 Cherry St., Suite 1700
Fort Worth, TX 76102