ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 18 2017
CLERK, U.S. DISTRICT COURT
By _____
Deputy

FORM 1. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT

Rev. 03/16

## United States District Court

for the

**Northern** District of **Texas**

**United States**, Plaintiff,

v.     Case No. **4:16-CR-132-a(23)**

**Jake Hardin**, Defendant.

### NOTICE OF APPEAL

Notice is hereby given that **Jake Hardin** (name all parties * taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit **of the 5th Circuit** (from the final judgment) ((from an order) (describe the order)) entered in this action on **May 5, 2017**

_____
(Signature of appellant or attorney)

(Address of appellant or attorney and e-mail address)

[Reset Fields]

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

26716078

I would like to request an informa paupers for the purposes of my appeal.

Sincerely,

*[signature]*
Jake Hardin

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

26716078

From: Jake Hardin (26716010)
Federal Medical Center
PoBox 15330
Ft. Worth, TX, 76119

To: Clerk of the Court
501 West Tenth St., Room #310
Fort Worth, TX 76102

Legal Mail

NORTH TEXAS TX P&DC
DALLAS TX 750
16 MAY 2017 PM 2 L

2017 MAY 18 AM 11:55
CLERK OF COURT

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. TX
FORT WORTH DIV.

76102-354185

